UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAHSAAN BRANDON DARDEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4204** |
| **INFINITY INSURANCE COMPANY** | **SECTION "S" (3)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby dismissed without prejudice for improper removal and improper venue.

New Orleans, Louisiana, this __8th__ day _____June_____, 2018.

_____
UNITED STATES DISTRICT JUDGE